```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION

IN RE:                              )
                                    )
MICHAEL AND SILVIA MADRIAGA         )   CASE NO.  07-31036-LMK
                                    )       CHAPTER 7
        Debtor.                     )
_____)
```

                       REPORT OF UNCOLLECTED FUNDS

   JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

```
                    NAME AND ADDRESS
CLAIM NO.             OF CREDITOR                      AMOUNT

    9               Lighting & Lamp Corp.              283.04
                    C/o Jason Stoves, PC
                    P.O. Box 660525
                    Birmingham, AL 35266
```

```
Dated: 4/21/11                      /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR.,
                                    TRUSTEE
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    Johnevennjrpa@aol.com
```